IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE BLAND, URSHAWN MILLER, HOWARD HAWK WILLIS, FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, and FEDRAL PUBLIC DEFENDER FOR THE MIDDLE DISTRICT OF TENNESSEE,<br><br>   *Plaintiffs*,<br><br>v.<br><br>PAMELA J. BONDI, in her official government capacity, and the UNITED STATES DEPARTMENT OF JUSTICE.<br><br>   *Defendants*. | Case No: 1:25-cv-3499 |

**NOTICE OF ERRATA**

I filed the complaint without the full address of each party. I am attaching a corrected Complaint that includes the address of each party.

Respectfully submitted,

Dated: October 1, 2025

/s/     Maria V. Morris

Maria V. Morris, D.C. 1697904
**ACLU FOUNDATION**
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
mmorris@aclu.org

Gitanjali S. Gutierrez, N.Y. 4183935*
Claudia Van Wyk, N.Y.  1706514 *
**ACLU FOUNDATION**
201 W. Main St., Ste. 402
Durham, N.C. 27701
Tel: 919-682-5659
ggutierrez@aclu.org
cvanwyk@aclu.org

* *Pro hac vice application forthcoming.*
*Attorneys for Plaintiffs*