# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE BLAND, URSHAWN MILLER, HOWARD HAWK WILLIS, FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, and FEDRAL PUBLIC DEFENDER FOR THE MIDDLE DISTRICT OF TENNESSEE,<br><br>*Plaintiffs*,<br><br>v.<br><br>PAMELA J. BONDI, in her official government capacity, and the UNITED STATES DEPARTMENT OF JUSTICE.<br><br>*Defendants*. | Case No. 1:25-cv-3499 |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

The Court's October 1, 2025 Minute Order directed the parties to file a status report by noon on October 2 proposing a briefing schedule for Plaintiff's Motion for Temporary Restraining Order. Counsel for the parties have been conferring in good faith on a proposed schedule, but require several additional hours to conclude their discussions. The parties respectfully request that the Court extend the deadline for submission of the joint status report to 2 pm on October 2, 2025.

Dated:  October 2, 2025

Respectfully submitted,

*/s/ Maria V. Morris*
Maria Morris (D.C. Bar No. 1697904)
American Civil Liberties Union Foundation
National Prison Project
915 15th Street, NW, Suite 700
Washington, DC 20005
202-548-6607
mmorris@aclu.org

*Counsel for Plaintiffs*

/s/ *Ryan M. Underwood*
RYAN M. UNDERWOOD
(DC Bar No. 1656505)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-1952
Email: ryan.m.underwood2@usdoj.gov

*Counsel for Defendants*