**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDRE BLAND, URSHAWN MILLER, HOWARD HAWK WILLIS, FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, and FEDERAL PUBLIC DEFENDER FOR THE MIDDLE DISTRICT OF TENNESSEE,

*Plaintiffs*,

v.

TODD BLANCHE, in his official government capacity, and the U.S. DEPARTMENT OF JUSTICE,

*Defendants*.

Case No. 1:25-cv-03499-APM
Hon. Amit P. Mehta

**NOTICE OF APPEAL**

Notice is hereby given that all plaintiffs in the above captioned case hereby appeal to the United States Court of Appeals for the District of Columbia from the Order of the District Court entered in this action on July 10, 2026 granting Defendants' Motion to Dismiss for Lack of Jurisdiction and Standing.

Respectfully submitted,

Dated: August 26, 2026

/s/ *Elizabeth Moulton*

Elizabeth Moulton (*Pro Hac Vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5673
emoulton@orrick.com

Geoffrey C. Shaw (*Pro Hac Vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Suite 2700
Los Angeles, CA 90071
(213) 612-2459
geoffreyshaw@orrick.com

Gitanjali S. Gutierrez (*Pro Hac Vice*)
Claudia Van Wyk (*Pro Hac Vice*)
ACLU FOUNDATION
201 W. Main St., Ste. 402
Durham, N.C. 27701
(919) 682-5659
ggutierrez@aclu.org
cvanwyk@aclu.org

*Counsel for Plaintiffs*